ACCEPTED
15-25-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 5:17 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00120-CV

**In the Court of Appeals
for the Fifteenth District of Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/2/2026 5:17:37 PM
~~CHRISTOPHER A. PRINE~~
Clerk

**Primexx Energy Opportunity Fund, LP,** *et al.,*

*Appellants,*

**v.**

**Primexx Energy Corporation,** *et al.,*

*Appellees.*

---

**Appeal from the Texas Business Court, First Division**
Dallas County, Texas
Honorable Bill Whitehill

---

**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE APPELLANTS' REPLY BRIEF**

---

**SUSMAN GODFREY L.L.P.**

Stephen Shackelford, Jr.
State Bar No. 24062998 (TX)
sshackelford@susmangodfrey.com
1000 Louisiana Street, Ste 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Pro hac vice forthcoming*:

Marc M. Seltzer
mseltzer@susmangodfrey.com
Bryan Caforio
bcaforio@susmangodfrey.com
Lindsey Godfrey Eccles
leccles@susmangodfrey.com
Sarah Hannigan
shannigan@susmangodfrey.com

*Attorneys for Appellees*

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Primexx Energy Opportunity Fund LP and Primexx Energy Opportunity Fund II LP ("Appellants") file this first unopposed motion for an 18-day extension of time to file Appellants' Reply Brief, with a new submission date of January 23, 2026. Appellants require additional time to evaluate Appellees' briefing. This is Appellants' first request for an extension. Appellees do not oppose.

Appellants respectfully request that the Court grant their first unopposed motion for an 18-day extension of time to file Appellants' Reply Brief, with a new submission date of January 23, 2026.

Dated: January 2, 2026

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: */s/ Stephen Shackelford, Jr.*
    Stephen Shackelford, Jr.
    State Bar No. 24062998 (TX)
    sshackelford@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Marc M. Seltzer
    (*pro hac vice forthcoming*)

State Bar No. 54534 (CA)
mseltzer@susmangodfrey.com
Bryan Caforio
(*pro hac vice forthcoming*)
State Bar No. 261265 (CA)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Lindsey Godfrey Eccles
(*pro hac vice forthcoming*)
State Bar No. 33566 (WA)
leccles@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Sarah Hannigan
(*pro hac vice forthcoming*)
State Bar No. 5961248 (NY)
shannigan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

***Attorneys for Appellees***

## Certificate of Service

This is to certify that on January 2, 2026 a true and correct copy of the above and foregoing instrument was properly forwarded to counsel of record in accordance with Rule 21 of the Texas Rules of Civil Procedure.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.

## Certificate of Conference

Counsel for Appellants conferred with counsel for Appellees via e-mail on November 19, 2025 regarding this motion. Appellees do not oppose this motion.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stephen Shackelford on behalf of Stephen Shackelford
Bar No. 24062998
sshackelford@susmangodfrey.com
Envelope ID: 109619492
Filing Code Description: Motion
Filing Description: Appellants' First Unopposed Motion for Extension to File Reply Brief
Status as of 1/5/2026 7:01 AM CST

Associated Case Party: Blackstone Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David S.Coale | | dcoale@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Christopher W.Patton | | cpatton@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Kay Ridenour | | kridenour@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Kyle A.Gardner | | kgardner@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Jessica Cox | | jcox@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| NATALIE STALLBOHM | | nstallbohm@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Chris Schwegmann | | cschwegmann@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Julie Archuleta | | jarchuleta@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Ronni Bracken | | rbracken@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Shirley Xu | | sxu@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeremy Fielding | 24040895 | jeremy.fielding@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Stephen Shackelford | 24062998 | sshackelford@susmangodfrey.com | 1/2/2026 5:17:37 PM | SENT |
| Roger Cowie | 783886 | roger.cowie@troutman.com | 1/2/2026 5:17:37 PM | SENT |
| Christopher Patton | 24083634 | cpatton@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Stephen Shackelford on behalf of Stephen Shackelford
Bar No. 24062998
sshackelford@susmangodfrey.com
Envelope ID: 109619492
Filing Code Description: Motion
Filing Description: Appellants' First Unopposed Motion for Extension to File Reply Brief
Status as of 1/5/2026 7:01 AM CST

Case Contacts

| Christopher Patton | 24083634 | cpatton@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
|---|---|---|---|---|
| SCOTT SMOOT | | ssmoot@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Kasdin Mitchell | 24135030 | kasdin.mitchell@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Nicholas Perrone | | nicholas.perrone@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Gary Vogt | | gvogt@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Griffin Vail | | griffin.vail@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 1/2/2026 5:17:37 PM | SENT |
| Austin Lesch | | austin.lesch@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Michael Patton | | michael.patton@kirkland.com | 1/2/2026 5:17:37 PM | SENT |
| Taylor Levesque | | Taylor.Levesque@troutman.com | 1/2/2026 5:17:37 PM | SENT |
| Louisa Karam | | Louisa.Karam@troutman.com | 1/2/2026 5:17:37 PM | SENT |

Associated Case Party: Primexx Energy Opportunity Fund, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sarah Hannigan | | shannigan@susmangodfrey.com | 1/2/2026 5:17:37 PM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 1/2/2026 5:17:37 PM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 1/2/2026 5:17:37 PM | SENT |
| Jeanine Ishridas | | jishridas@susmangodfrey.com | 1/2/2026 5:17:37 PM | SENT |
| Lindsey Eccles | | leccles@susmangodfrey.com | 1/2/2026 5:17:37 PM | SENT |